UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVAN NEILSON, | Case No. Case No. 24-10934 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | United States District Judge |
| YVONNE BRANTLEY, | Hon. Elizabeth A. Stafford |
| | U.S. Magistrate Judge |
| Defendants. | |
| _____ / | |

and

| | |
|---|---|
| MERIK WHIPPLE, | Case No. Case No. 24-12088 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | United States District Judge |
| YVONNE BRANTLEY, | Hon. Elizabeth A. Stafford |
| | U.S. Magistrate Judge |
| Defendants. | |
| _____ / | |

**CONSOLIDATED SCHEDULING ORDER**

Following several orders to show cause, the court issues this scheduling order for the two cases above:

Plaintiffs shall seek renewed entries of default on or by July 7, 2025.

Assuming that default is entered by the Clerk, Plaintiffs shall file renewed motions for default judgment on or by July 17, 2025, consistent with the court's order at *Nielson*, ECF No. 15, PageID.70-71 and *Whipple*, ECF No. 18, PageID.73-74.  Failure to file motions for default judgment which meet the requirements set out in this order and the court's prior order on Plaintiffs' motions for default judgment may result in dismissal of the case for failure to comply with the court's orders or for failure to state a claim.  *See Nielson*, ECF No. 15, PageID.70-71.  Given the court's prior warning to Plaintiffs regarding failure to prosecute, failure to meet these deadlines may result in dismissal of the case for failure to prosecute.

**SO ORDERED**.

Date: June 25, 2025                              s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge